**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORI MAE VASSAR,<br><br>             Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>             Defendant. | Case No. EDCV 14-1566 SS<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.


DATED:  July 27, 2015

                              _____
                                    /S/
                              SUZANNE H. SEGAL
                              UNITED STATES MAGISTRATE JUDGE